# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN (FLINT)

In re:

| | |
|---|---|
| Jeffrey David Hurley & | Case No. 10-35686 |
| Lyn Marie Hurley | Chapter 13 |
| | Hon. Daniel S. Opperman |
| Debtors. | |
| _____/ | |

## OBJECTIONS TO CONFIRMATION

NOW COMES First Michigan Bank ("Creditor"), by and through their attorneys, Strobl & Sharp, PC, and hereby Objects to Confirmation as follows:

1. That Creditor is a holder of a mortgage on real property owned by the Debtors and located at 303 W. Nepessing Road, Lapeer, Michigan;

2. That the Debtors' Plan of Reorganization proposes to pay Creditor directly at $1,300.00 per month;

3. That the mortgage is in material default as Debtors have failed to pay November and December 2010 monthly payment for an amount due and owing of $2,514.04;

WHEREFORE, Creditor prays that Confirmation be denied.

Respectfully submitted,
**STROBL & SHARP, P.C.**

BY: /s/        Pamela S. Ritter__
Pamela S. Ritter (P47886)
Meredith E. Taunt (P69698)
Attorney for First Michigan Bank
Dated: December 30, 2010                300 East Long Lake Road Suite 200
Bloomfield Hills, MI 48304
Telephone: (248) 540-2300
Facsimile: (248) 645-2690
pritter@stroblpc.com

J:\DOCS\12022\002\PLDG\SB323829.DOC