UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - FLINT

**In the Matter of**:

Jeffrey David Hurley
Lyn Marie Hurley
    **Debtor(s)**
_____/

Case No. 10-35686
Chapter 13
Hon. Daniel S. Opperman

Debtor's Chapter 13 Confirmation Hearing Statement
[To be completed fully; otherwise the case will be dismissed
per paragraph 3 of the Chapter 13 Case Management Order]

At the next confirmation hearing in this case, the debtor intends to: [Check ONE of the following]

1. ____ Request confirmation of the debtor's plan, because all timely objections of creditors and the trustee have been resolved. I have emailed to the trustee a proposed order confirming the plan, as required in paragraph 2 of the Chapter 13 Case Management Order.

2. ____ Request confirmation of the debtor's plan, even though all timely objections have not been resolved. I have emailed to the trustee a proposed order confirming the plan, as required in paragraph 2 of the Chapter 13 Case Management Order. The parties are at an impasse in attempting to resolve these objections despite all reasonable efforts. The following are: (a) the parties whose timely objections have not been resolved; (b) their unresolved objections; and (c) the legal and factual issues that must be resolved by the Court in connection with confirmation:

    Trustee Objections:

    Issues:

3. _X__ Request an adjournment of the confirmation hearing to March 8, 2011, due to the following good cause: Debtors are reviewing all filed claims and preparing objections thereto. Their primary creditor has filed a lengthy objection to confirmation but has not filed a Proof of Claim. Debtor anticipates objecting to the Proof of Claim, but claims bar date is not until 2/14/2011.

4. ____ Dismiss the case. [The Court will enter an order of dismissal and the case will be removed from the docket.]

5. ____ Convert the case to chapter 7. [The Court will enter an order of conversion to chapter 7 and the case will be removed from the docket.]

6. ____ Re-convert the case to chapter 7. [The case will remain on the docket and parties will have an opportunity to be heard.]

                                         /s/ David W. Brown
                                         David W. Brown (P58113)
                                         1820 N. Lapeer Road, Ste. 2A
                                         Lapeer, MI 48446
                                         810-245-6082
                                         dbrownatt@sbcglobal.net

Date: January 5, 2011