UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-FLINT

IN RE:                                         CHAPTER 13
Jeffrey David Hurley,                 CASE NO: 10-35686
Lyn Marie Hurley,                   JUDGE: Daniel S. Opperman
          **Debtors**
_____/

**STIPULATION TO ADJOURN CONFIRMATION HEARING**

       The parties hereto agree to the entry of the Adjournment Order to the Confirmation Hearing to April 12, 2011 at 9:00 a.m., see attached proposed order.


/s/ Carl L Bekofske
Chapter 13 Trustee
400 N. Saginaw St., Ste 331
Flint, MI 48502
(810) 238-4675
ecf@flint13.com
P10645

/s/ Juanita L. Johnson-Haynes
/s/ David W. Brown (per email dtd 2/23/11)
Attorney for Debtor(s)
Law Offices of David W. Brown PLLC
1820 N Lapeer Rd # 2A
Lapeer, MI 48446
(810) 245-6082
dbrownatt@sbcglobal.net
P64677

/s/ Daniel Raetchi
Co-Counsel for the Creditor
Donald K. Currie Revocable Trust U/A/D/ 7/28/1998
Howard & Howard Attorneys PLLC
450 West Fourth Street
Royal Oak MI 48067
(248) 672-1483
draetchi@howardandhoward.com
P66990

IN RE:                                                      CHAPTER 13
Jeffrey David Hurley,                       CASE NO: 10-35686
Lyn Marie Hurley,                           JUDGE: Daniel S. Opperman
               Debtors
_____/

## ORDER ADJOURNING CONFIRMATION HEARING

This matter being set for hearing on February 15, 2011 and the parties have agreed to the following terms, and the Court is advised, and there is no adverse impact upon any party by way of this action, thus no notice is required to be given; therefore:

IT IS HEREBY ORDERED the above referenced matter is adjourned to **April 12, 2011** at 9:00 a.m.

IT IS FURTHER ORDERED that the Debtors shall submit to the Trustee by **March 15, 2011**, 12 months of itemized business and farm income and expense statements and 12 months of personal and business bank account statements.

IT IS FURTHER ORDERED, that the Debtors shall submit in an affidavit additional information regarding the commercial building at 303 W .Nepessing, including how it will have positive cash flow, how it contributes to the "odd job income" of Mr. Hurley, the total costs of keeping that building (mortgage, taxes, insurance, utilities, etc.) rental history for the past 24 months, and future rental prospects.

IT IS FURTHER ORDERED that the Debtors shall submit to the Trustee by March 15, 2011, an amended SOFA, amended schedules I and J and a feasible plan.

IT IS FURTHER ORDERED the Court shall schedule a status conference for March 23, 2011 at 1:30 pm. Debtors' attorney and Donald Currie's Trust's attorney shall make themselves available by telephonic status conference.

IT IS FURTHER ORDERED the Debtors' attorney shall have till March 15, 2011 to review and file objections, if applicable, to the claim 8-1 of Donald K. Currie Revocable Trust U/A/D 7/28/1998.

IT IS FURTHER ORDERED that the Debtors shall prepare their 2010 tax returns and submit a copy to the Chapter 13 Trustee by April 6, 2011 or provide a written explanation, with an affidavit, why 2010 tax returns have not been filed.

IT IS FURTHER ORDERED if any of the above conditions are not completed by the date and time specified, this case shall be dismissed upon the Order of the Court without further notice or hearing.

IT IS FURTHER ORDERED that discovery shall be allowed to take place until May 17, 2010.

IT IS FURTHER ORDERED in the event that the Debtors fail to make any future Chapter 13 Plan payments, the Trustee may submit a notice of default, served upon the debtors and the debtors' counsel permitting 14 days to cure any and all defaults. If the debtors fail to cure the defaults after notice, then the Trustee may submit an Order of Dismissal to the Bankruptcy Court with an affidavit attesting to the failure to cure the defaults. This may result in the DISMISSAL of this chapter 13 case WITHOUT further hearing or notice.