Howard & Howard
law for business

One North Main Building
Suite 610
101 North Main Street
Ann Arbor, MI 48104-1475
734.222.1483
fax 734.761.5957

200 South Michigan Avenue
Suite 1100
Chicago, IL 60604-2402
312.372.4000
fax 312.939.5617

Wells Fargo Tower
Suite 1400
3800 Howard Hughes Parkway
Las Vegas, NV 89169-5980
702.257.1483
fax 702.567.1568

One Technology Plaza
Suite 600
211 Fulton Street
Peoria, IL 61602-1350
309.672.1483
fax 309.672.1568

450 West Fourth Street
Royal Oak, MI 48067-2557
248.645.1483
fax 248.645.1568

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION—FLINT

*In Re*:

JEFFREY DAVID HURLEY and LYN MARIE HURLEY,

    Debtors,
_____/

CHAPTER 13

Case No. 10-35686-dof

## STIPULATED SUBSTITUTION OF APPEARANCE OF COUNSEL

**To:**     **Clerk of Court**

Please enter the Appearance of Howard & Howard Attorneys PLLC as attorneys for the Donald K. Currie Revocable Trust u/a/d 07/28/1998 (the "Currie Trust") a creditor and party-in-interest herein, pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, in the place and stead of Steinberg Shapiro & Clark whose stipulation is provided below. As attorneys for the Currie Trust, Howard & Howard requests that all notices given or required to be given in this case, and all papers served or required to be served in the case, be given to and served upon:

| | |
|---|---|
| Stephanie N. Olsen | Mark A. Bogdanowicz |
| Howard & Howard Attorneys PLLC | Howard & Howard Attorneys PLLC |
| 450 West Fourth Street | One Technology Plaza |
| Royal Oak, Michigan 48073-2557 | 211 Fulton Street, Suite 600 |
| Phone: (248) 645-1483 / Fax: (248) 645-1568 | Peoria, Illinois 61602-1350 |
| SOlsen@HowardandHoward.com | Phone: (309) 672-1483 / Fax: (309) 672-1568 |
| | MBogdanowicz@HowardandHoward.com |

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only notices and papers referred to in the rules specified above, but also includes, without limitation, orders and notices of any application, schedule, statement, motion, petitioner, pleading request,

1

complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

Respectfully Submitted,

HOWARD & HOWARD ATTORNEYS PLLC

Dated: March 14, 2011

By: *Stephanie N. Olsen*
Daniel Raetchi (P66990)
Stephanie N. Olsen (P67072)
Attorneys for Secured Creditor, Donald K. Currie Revocable Trust U/A/D 07/28/1998
450 West Fourth Street
Royal Oak, Michigan 48067-2557
Phone: (248) 645-1483 / Fax: (248) 645-1568
Email: DRaetchi@HowardandHoward.com
SOlsen@HowardandHoward.com

Howard & Howard
law for business

One North Main Building
Suite 610
101 North Main Street
Ann Arbor, MI 48104-1475
734.222.1483
fax 734.761.5957

200 South Michigan Avenue
Suite 1100
Chicago, IL 60604-2402
312.372.4000
fax 312.939.5617

Wells Fargo Tower
Suite 1400
3800 Howard Hughes Parkway
Las Vegas, NV 89169-5980
702.257.1483
fax 702.567.1568

One Technology Plaza
Suite 600
211 Fulton Street
Peoria, IL 61602-1350
309.672.1483
fax 309.672.1568

450 West Fourth Street
Royal Oak, MI 48067-2557
248.645.1483
fax 248.645.1568

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION—FLINT

| | |
|---|---|
| *In re:* Jeffrey David Hurley & Lyn Marie Hurley, <br><br> DEBTORS. <br> _____/ | CHAPTER 13 <br><br> CASE NO. 10-35686-dof |

## STIPULATION TO SUBSTITUTION OF COUNSEL

We hereby stipulate to the substitution of Howard & Howard Attorneys PLLC in our place and stead as attorneys for creditor Donald K. Currie Revocable Trust u/a/d 07/28/1998 in the above entitled cause.

By: /s/ Mark H. Shapiro
Mark H. Shapiro
Steinberg Shapiro & Clark
25925 Telegraph Rd.
Southfield, MI 48033
(248) 352-4700
shapiro@steinbergshapiro.com

- 3 -

1710948v1