IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION—FLINT

*In re*: Jeffrey David Hurley &
Lyn Marie Hurley,

DEBTORS.

CHAPTER 13

CASE NO. 10-35686-dof

## LIMITED OBJECTION TO APPLICATION FOR FEES

The Donald K. Currie Revocable Trust U/A/D 07/28/1998 (hereinafter "Creditor"), by Matthew B. Woodworth of Howard & Howard Attorneys PLLC, hereby states its limited objection to Debtors' counsel's Application for Fees filed with the Court on September 26, 2012 for the following reason:

1. On May 25, 2012 the Court entered an Order partially granting Creditor's Motion for Relief from Stay. **Exhibit A.**

2. The May 25, 2012 Order provided that Debtors had until July 19, 2012 to sell specific equipment identified within Debtors' March 19, 2012 Amended Plan, and that all proceeds of any such sale shall thereafter be immediately paid to Creditor.

3. On September 25, 2012, Creditor was informed by Debtors' counsel, David W. Brown that Debtors had sold the equipment identified within the May 25, 2011 Order, and that Mr. Brown's office is currently holding $50,000 within its trust account as the proceeds of that sale.

4. The May 25, 2012 Order, provides both that (1) all proceeds from any sale of such equipment are to be paid to Creditor; and (2) that court approval was required for any sale by the Debtors.

5. The sale of the equipment identified within the May 2, 2012 Order was made subsequent to the July 19, 2012 date for such a sale provided within the May 25th Order, and was not made pursuant to approval of the Court.

6. Creditor therefore places a limited objection to the approval of David W. Brown's Application for Fees. Specifically, Creditor objects to the use of any of the proceeds of the Debtors' recent sale of equipment addressed in the Court's May 25, 2012 Order to pay the fees requested by David W. Brown, as all such proceeds are to be paid to Creditor, The Donald K. Currie Revocable Trust U/A/D 07/28/1998, pursuant to the terms of that Order.

Respectfully submitted,

HOWARD & HOWARD ATTORNEYS PLLC

/s/     Matthew B. Woodworth
Matthew B. Woodworth
Attorney for the Creditor Donald K. Currie Revocable
Trust U/A/D 07/28/1998
Howard & Howard Attorneys PLLC
450 West Fourth Street
Royal Oak, MI 48067
Telephone:  (248) 645-1483
Facsimile:   (248) 645-1568
Email:         mbw@h2law.com