B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Eastern District Of Michigan

In re Jeffrey David Hurley and Lyn Marie Hurley,    Case No. 10-35686-dof

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Eleni Currie | Donald K. Currie Revocable Trust U/A/D 07/28/1998 |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Howard & Howard Attorneys PLLC
450 West Fourth Street
Royal Oak, MI 48009

Court Claim # (if known): 8-1
Amount of Claim: $385,969.73
Date Claim Filed: 02/14/2011

Phone: 248-723-0338
Last Four Digits of Acct #: _____

Phone: 248-723-0338
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Eleni Currie
1060 Hazel Street
Birmingham, MI 48009

Phone: 248-723-0338
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: 12·17·14
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.