# United States Bankruptcy Court

Eastern District of Michigan
Case No. 10-35686-dof
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Jeffrey David Hurley<br>5378 Wilson Road<br>Columbiaville MI 48421 | Lyn Marie Hurley<br>5378 Wilson Road<br>Columbiaville MI 48421 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 12/17/2014.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 8: Donald K. Currie Revokable Trust, C/O Howard & Howard, PLLC, 450 West Fourth Street, Royal Oak, MI 48067-0346 | Eleni Currie<br>Attn: Howard & Howard Attorneys, PLLC<br>450 W. Fourth St.<br>Royal Oak, MI 48067 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

| | |
|---|---|
| Date: 12/20/14 | Katherine B. Gullo<br>**CLERK OF THE COURT** |

In re:  
Jeffrey David Hurley  
Lyn Marie Hurley  
    Debtors

Case No. 10-35686-dof  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0645-4     User: skoni     Page 1 of 1     Date Rcvd: Dec 18, 2014  
                  Form ID: trc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 20, 2014.  
19395785     +Donald K. Currie Revokable Trust,   C/O Howard & Howard, PLLC,   450 West Fourth Street,     Royal Oak, MI 48067-2557

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2014                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 17, 2014 at the address(es) listed below:  
       Brandon John Wilson    on behalf of Creditor    The Donald K. Currie Revokable Trust U/A/D  
        07/28/1998 bjw@h2law.com,    esb@h2law.com  
       Carl Bekofske     ECF@flint13.com,    ECFII@flint13.com  
       David W. Brown    on behalf of Joint Debtor Lyn Marie Hurley davidbrownlaw@live.com,  
        jill_710@live.com  
       David W. Brown    on behalf of Debtor Jeffrey David Hurley davidbrownlaw@live.com,  
        jill_710@live.com  
       David W. Brown    on behalf of Defendant Jeffrey David Hurley davidbrownlaw@live.com,  
        jill_710@live.com  
       David W. Brown    on behalf of Defendant Lyn Marie Hurley davidbrownlaw@live.com,  
        jill_710@live.com  
       Mark Andrew Bogdanowicz    on behalf of Creditor    The Donald K. Currie Revokable Trust U/A/D  
        07/28/1998 mbogdanowicz@howardandhoward.com,    sbrocksmith@HowardandHoward.com  
       Martin W. Hable    on behalf of Creditor Gary D Plumb hablelaw@yahoo.com  
       Martin W. Hable    on behalf of Creditor Nancy Plumb hablelaw@yahoo.com  
       Pamela S. Ritter    on behalf of Creditor    First Michigan Bank pritter@stroblpc.com,  
        dchamberlin@stroblpc.com  
                                                                                                                       TOTAL: 10