UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-FLINT

IN RE:

Jeffrey David And Lyn Marie Hurley

Debtor(s)
_____/

CHAPTER 13
CASE NO: 10-35686-DOF
JUDGE: Daniel S. Opperman

FILED
2017 MAR 29 A 11: 11
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-FLINT

## NOTICE OF CHANGE OF ADDRESS FOR DEBTOR(S)

NOW COMES, Jeffrey David And Lyn Marie Hurley, and hereby give notice that his/her/their address has changed:

PRIOR ADDRESS:

PO Box 958

Lapeer MI 48446

/s/ Lyn Hurley
Debtor's signature

Lyn Hurley
Print Name

NEW ADDRESS:

1485 Kings Pointe Rd

Grand Blanc MI 48439

/s/ Jeffrey Hurley
joint Debtor's signature

Jeffrey Hurley
Print Name

10-35686-dof    Doc 168    Filed 03/29/17    Entered 03/29/17 11:30:32    Page 1 of 1