UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-FLINT

In re:

JEFFREY DAVID HURLEY, and
LYN MARIE HURLEY,

    Debtors.

Case No. 10-35686
Hon. Daniel S. Opperman
Chapter 13

**STIPULATION TO ENTRY OF ORDER OVERRULING CREDITOR, DONALD K. CURRIE REVOCABLE TRUST U/A/D 7/28/1998 OBJECTION [DOC. NO. 198] TO:**

**TRUSTEE'S NOTICE OF FINAL CURE PAYMENT AND TRUSTEE'S NOTICE OF COMPLETION OF PLAN PAYMENTS; NOTICE TO CREDITORS OF OBLIGATION TO FILE A RESPONSE AND RIGHT TO OBJECT; AND NOTICE TO DEBTOR OF OBLIGATION TO FILE DEBTOR'S CERTIFICATION [DOC. 195]**

Debtors, the Chapter 13 Trustee, and Creditor, Eleni Currie as successor to the Donald K. Currie Revocable Trust U/A/D 7/28/1998 ("Currie"), hereby stipulate and agree that the attached order conforms with the court's decision on Currie's objection [Doc. No. 198] at a hearing held on April 17, 2018.

| HOWARD & HOWARD ATTORNEYS PLLC | STEVENSON & BULLOCK PLC |
|---|---|
| /s/ *Brandon J. Wilson* | /s/ *Kimberly A. Bedigian w/ permission* |
| By: Brandon J. Wilson (P73042) | By: Kimberly A. Bedigian (P54812) |
| 450 West Fourth Street | 26100 American Dr., Suite 500 |
| Royal Oak, MI 48067 | Southfield, MI 48034 |
| (248) 645-1483 | (248) 354-7906 |
| bjw@h2law.com | kbedigian@sbplclaw.com |
| *Attorneys for Currie* | *Attorneys for Debtors* |

OFFICE OF CHAPTER 13 TRUSTEE

/s/ *Melissa Caouette w/ permission*
By: Melissa Caouette (P62729)
400 N. Saginaw St., Suite 331
Flint, MI 48502
(810) 238-4675 x238
mcaouette@flint13.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-FLINT

In re:

JEFFREY DAVID HURLEY, and
LYN MARIE HURLEY,

    Debtors.

Case No. 10-35686
Hon. Daniel S. Opperman
Chapter 13

**ORDER OVERRULING CREDITOR, DONALD K. CURRIE REVOCABLE TRUST U/A/D 7/28/1998 OBJECTION [DOC. NO. 198] TO:**

**TRUSTEE'S NOTICE OF FINAL CURE PAYMENT AND TRUSTEE'S NOTICE OF COMPLETION OF PLAN PAYMENTS; NOTICE TO CREDITORS OF OBLIGATION TO FILE A RESPONSE AND RIGHT TO OBJECT; AND NOTICE TO DEBTOR OF OBLIGATION TO FILE DEBTOR'S CERTIFICATION [DOC. 195]**

    This matter is before the Court on the objection of Creditor, Donald K. Currie Revocable Trust U/A/D 7/28/1998 ("Currie") [Doc. No. 198] (the "Objection") to the Trustee's Notice of Final Cure Payment and Trustee's Notice of Completion of Plan Payments; Notice to Creditors of Obligation to File a Response and Right to Object; and Notice to Debtor of Obligation to File Debtor's Certification [Doc. No. 195] (the "Notice"). The Court held a hearing on Currie's Objection on April 17, 2018. The Debtors opposed the Objection. The Court is otherwise fully informed in the premises:

    NOW THEREFORE;

    IT IS HEREBY ORDERED that the Objection is overruled.

    IT IS HEREBY FURTHER ORDERED that Currie is not bound by the Notice, which means that the Stipulated Order and Final Judgment as to Amount of Indebtedness entered in Adv. Pro. No. 11-03029 at docket no. 27 is in full force and effect and whatever rights Currie has are not affected.

    IT IS SO ORDERED.